# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **JOHN WHITE,**  Plaintiff,  v.  **TYLER WESTLAKE,**  Defendant. | Civil Action No. 7:11-CV-142 (HL) |

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 12), entered on May 23, 2012. Judge Langstaff recommends that the Motion to Dismiss (Doc. 9) filed by Defendant be granted. Plaintiff has not filed an objection to the Recommendation. The Court has reviewed the Recommendation for clear error, and finds no error. The Recommendation is accepted and adopted. The Motion to Dismiss (Doc. 9) is granted.

**SO ORDERED**, this the 12th day of June, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh